District Judge Robert S. Lasnik
Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIVDAYAL SINGH DHILLON,<br><br>Petitioner,<br><br>v.<br><br>MERRICK GARLAND, Attorney General; ALEJANDRO MAYORKAS, Secretary of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,<br><br>Respondents. | No. C21-878-MLP<br><br>JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR: October 4, 2021. |

COMES NOW Respondents, by and through their counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Nickolas Bohl, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on June 30, 2021, Petitioner filed a habeas petition challenging his continued immigration detention.  Dkt. No. 5.

WHEREAS on July 30, 2021, Respondents filed a Motion to Dismiss.  Dkt No. 8.

JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
C21-878-MLP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101-1271
(206) 553-7970

WHEREAS on September 29, 2021, Petitioner was removed from the United States to India on an order of removal.[1]  Counsel for Petitioner has separately confirmed the removal.

WHEREAS the parties agree that Petitioner's removal rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties agree that the pending Motion to Dismiss should be denied as moot.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

2. Respondents' Motion to Dismiss is denied as moot.

SO STIPULATED.

DATED this 4th day of October, 2021.

TESSA M. GORMAN
Acting United States Attorney


 *s/ Nickolas Bohl*
NICKOLAS BOHL WSBA #48978
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-4067
E-mail:  nickolas.bohl@usdoj.gov

---

[1] Counsel for Respondents has not yet received a copy of the paperwork confirming removal but will provide that as soon as it becomes available.

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
C21-878-MLP - 2

**UNITED STATES ATTORNEY**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WASHINGTON  98101-1271**
**(206) 553-7970**

Attorneys for Respondents

SO STIPULATED.

DATED this 4th day of October, 2021.

 *s/ Gregory Murphy*
GREGORY MURPHY, WSBA # 36733
Assistant Federal Public Defender
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
Telephone: (206) 553-1100
Email:  Gregory_Murphy@fd.org

Attorney for Petitioner

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
C21-878-MLP - 3

**UNITED STATES ATTORNEY**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WASHINGTON  98101-1271**
**(206) 553-7970**

## **ORDER**

IT IS SO ORDERED.

DATED this 4th day of October, 2021.

                                                    MICHELLE L. PETERSON
                                                    United States Magistrate Judge

JOINT STIPULATION AND ORDER CONSENTING TO
MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION
C21-878-MLP - 4

**UNITED STATES ATTORNEY**
**700 S**TEWART **S**TREET**, S**UITE **5220**
**S**EATTLE**, W**ASHINGTON  **98101-1271**
**(206) 553-7970**